Certificate Number: 03621-NJ-DE-035099232

Bankruptcy Case Number: 20-21001



03621-NJ-DE-035099232

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 18, 2020</u>, at <u>11:35</u> o'clock <u>AM EST</u>, <u>John M Dunn</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  November 18, 2020          By:   /s/Mike Fannelle

                                  Name: Mike Fannelle

                                  Title: Counselor