

UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jessica Ann Berry, Esq. (Bar No. 029912007)
Greenspoon Marder LLP
343 Thornall Street, Suite 640
Edison, New Jersey 08837
TEL. (732) 456-8720
FAX (212) 524-5050
Jessica.Berry@gmlaw.com

Attorney for BSI Financial Services as servicer for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential

**Order Filed on December 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**JOHN M DUNN**

Case No.:  20-21001-MBK

Chapter:  13

Judge:   Chief Judge Michael B. Kaplan

### CONSENT ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO CONFIRMATION OF THE PLAN AND CONFIRMING NO STAY [ECF # 18]

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: December 14, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Objection to the Plan filed by BSI Financial Services as servicer for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust II [ECF # 118], as to certain property located at 1400 Columbia Drive, Daytona Beach, FL 32117, and the parties having agreed, it is

**ORDERED**

That Secured Creditor shall withdraw its objection based on Debtor's representation that the real property located at 1400 Columbia Drive, Daytona Beach, FL 32117 and legally described as:

**LOT 1, WESTWOOD HEIGHTS SECOND ADDITION, ACCORDING TO THE PLAT THEREOF, RECORDED IN MAP BOOK 26, PAGE(S) 45 OF THE PUBLIC RECORDS OF VOLUSIA COUNTY, FLORIDA.**

Is not property of the estate, this property is not owned by the Debtor, but rather 1400 Columbia Dr., LLC  and accordingly there is no stay in effect.

Secured Creditor shall not participate in the Debtor's plan of organization and shall not be required to file a Proof of Claim or notices pursuant to Bankruptcy Rule 3002.1.

Agreed: December 4, 2020

  /s/ Jessica Ann Berry
Jessica Ann Berry, Esq.

  /s/ William H. Oliver Jr., Esq.
William H, Oliver, Jr., Esq.