| | |
|---|---|
| UNITED STATES BANKRUPTCY<br>COURT DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Jessica Ann Berry, Esq. (Bar No. 029912007)<br>Greenspoon Marder LLP<br>343 Thornall Street, Suite 640<br>Edison, New Jersey 08837<br>TEL (732) 456-8720<br>FAX (212) 524-5050<br>Jessica.Berry@gmlaw.com<br><br>Attorney for BSI Financial Services as servicer for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential | **Order Filed on December 14, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>**JOHN M DUNN** | Case No.:   20-21001-MBK<br><br>Chapter:     13<br><br>Judge:       Chief Judge Michael B. Kaplan |

**CONSENT ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO CONFIRMATION OF THE PLAN AND CONFIRMING NO STAY [ECF # 18]**

The relief set forth on the following page, numbered two (2) is **ORDERED**.

**DATED: December 14, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the Objection to the Plan filed by BSI Financial Services as servicer for Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as Owner Trustee of the Residential Credit Opportunities Trust II [ECF # 118], as to certain property located at 1400 Columbia Drive, Daytona Beach, FL 32117, and the parties having agreed, it is

**ORDERED**

That Secured Creditor shall withdraw its objection based on Debtor's representation that the real property located at 1400 Columbia Drive, Daytona Beach, FL 32117 and legally described as:

**LOT 1, WESTWOOD HEIGHTS SECOND ADDITION, ACCORDING TO THE PLAT THEREOF, RECORDED IN MAP BOOK 26, PAGE(S) 45 OF THE PUBLIC RECORDS OF VOLUSIA COUNTY, FLORIDA.**

Is not property of the estate, this property is not owned by the Debtor, but rather 1400 Columbia Dr., LLC and accordingly there is no stay in effect.

Secured Creditor shall not participate in the Debtor's plan of organization and shall not be required to file a Proof of Claim or notices pursuant to Bankruptcy Rule 3002.1.

Agreed: December 4, 2020

/s/ Jessica Ann Berry
Jessica Ann Berry, Esq.


/s/ William H. Oliver Jr., Esq.
William H, Oliver, Jr., Esq.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 20-21001-MBK
John M Dunn                                                                                  Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                                                 Page 1 of 2
Date Rcvd: Dec 14, 2020            Form ID: pdf903                                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

**Recip ID      Recipient Name and Address**
db           +  John M Dunn, 3 West Hillsdale Ave, Long Branch, NJ 07740-7629

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020                              Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:

**Name**                          **Email Address**
Albert Russo
                                  docs@russotrustee.com

Denise E. Carlon
                                  on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com
                                  bkgroup@kmllawgroup.com

Jessica Ann Berry
                                  on behalf of Creditor BSI FINANCIAL SERVICES jessica.berry@gmlaw.com

U.S. Trustee
                                  USTPRegion03.NE.ECF@usdoj.gov

William H. Oliver, Jr.
                                  on behalf of Debtor John M Dunn courtdocs@oliverandlegg.com R59915@notify.bestcase.com

William M.E. Powers, III

District/off: 0312-3 User: admin Page 2 of 2
Date Rcvd: Dec 14, 2020 Form ID: pdf903 Total Noticed: 1

on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com

TOTAL: 6