UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Albert Russo
CN 4853
Trenton, NJ 08650
(609) 587-6888
Standing Chapter 13 Trustee

In Re:

Debtor

Case No.: _____

Chapter: ____ 13

Hearing Date: _

Judge:

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☐ Withdrawn

Matter:

_____

Date: _____

___/s/ Albert Russo_____
Signature
Albert Russo
Standing Chapter 13 Trustee

*rev.8/1/15*