Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 20−21001−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John M Dunn
   3 West Hillsdale Ave
   Long Branch, NJ 07740

Social Security No.:
   xxx−xx−3843

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 23, 2020.

Dated: December 23, 2020
JAN: dmi

                            Jeanne Naughton
                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
John M Dunn  
    Debtor(s)

Case No. 20-21001-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Dec 23, 2020      Form ID: plncf13      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John M Dunn, 3 West Hillsdale Ave, Long Branch, NJ 07740-7629 |
| cr | + | BSI FINANCIAL SERVICES, Greenspoon Marder LLP, c/o Jessica Berry, Esq., 343 Thornall Street, Suite 640 Edison, NJ 08837-2271 |
| 518968708 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 518994245 | | Bank of America, PO Box 15796, Wilimington, DE 19886-5796 |
| 518968706 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518968707 | + | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518968705 | + | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519037758 | | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 518978372 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518968710 | + | Bca Financial Services, 5805 Nw 11th St, Miami, FL 33126-2053 |
| 518968709 | + | Bca Financial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 518968711 | + | Cathy Bevilacqua, 260 Ocean Avenue, Unit 9, Rumson, NJ 07760-2135 |
| 518968713 | + | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518968712 | + | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518968715 | + | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |
| 518968714 | + | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 518968718 | + | Doctors Business Bureau, Attn: Bankruptcy, 202 North Federal Hwy, Lake Worth, FL 33460-3438 |
| 518968721 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518968722 | + | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 519029019 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518968723 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 23 2020 21:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 23 2020 21:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518968717 | | Email/Text: mrdiscen@discover.com | Dec 23 2020 21:49:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518968716 | + | Email/Text: mrdiscen@discover.com | Dec 23 2020 21:49:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 518968720 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 23 2020 21:50:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518968724 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 21:46:27 | Syncb/Car Care Bruneel, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518968725 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 23 2020 21:46:27 | Syncb/Car Care Bruneel, C/o Po Box 965036, Orlando, FL 32896-0001 |

Case 20-21001-MBK    Doc 26    Filed 12/25/20    Entered 12/26/20 00:19:28    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: plncf13 | Total Noticed: 28 |

TOTAL: 7

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518968719 | | Doctors Business Bureau |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jessica Ann Berry | on behalf of Creditor BSI FINANCIAL SERVICES jessica.berry@gmlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Oliver, Jr. | on behalf of Debtor John M Dunn courtdocs@oliverandlegg.com  R59915@notify.bestcase.com |
| William M.E. Powers, III | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |

TOTAL: 7