UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 20-21001 |
| John Dunn | Chapter: | 13 |
| | Judge: | MBK |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

_____John Dunn_____, _____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:  Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608
Phone (609) 858-9333

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __July 26, 2023__ at __9am__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, __402 East State Street, Trenton, N.J. 08608__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

Nature of action:
Personal Injury Settlement stemming from motor vehicle accident

Pertinent terms of settlement:
Settlement totaling: $55,000.00
Attorney Fees: $22,000.00
Expenses: $50.45
Outstanding Medical bills and liens to be paid: $3,605.25
Total payout to Debtor: $29,344.30
Debtors exemption: $25,150.00
Nonexempt portion: $4,194.30 to be paid to Ch. 13 Trustee

Objections must be served on, and requests for additional information directed to:
Name: R. Cameron Legg, Esq.
Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753
Telephone No.: 732-988-1500

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
John M Dunn  
    Debtor

Case No. 20-21001-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Jun 20, 2023      Form ID: pdf905      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John M Dunn, 3 West Hillsdale Ave, Long Branch, NJ 07740-7629 |
| cr | + | BSI FINANCIAL SERVICES, Greenspoon Marder LLP, c/o Jessica Berry, Esq., 343 Thornall Street, Suite 640 Edison, NJ 08837-2271 |
| 518968710 | + | Bca Financial Services, 5805 Nw 11th St, Miami, FL 33126-2053 |
| 518968711 | + | Cathy Bevilacqua, 260 Ocean Avenue, Unit 9, Rumson, NJ 07760-2135 |
| 518968718 | + | Doctors Business Bureau, Attn: Bankruptcy, 202 North Federal Hwy, Lake Worth, FL 33460-3438 |
| 518968723 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 20 2023 23:08:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 20 2023 23:08:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518968708 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 20 2023 23:06:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518968705 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 20 2023 23:06:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518994245 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 20 2023 23:06:00 | Bank of America, PO Box 15796, Wilimington, DE 19886-5796 |
| 518968707 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 20 2023 23:06:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518968706 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 20 2023 23:06:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518978372 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 20 2023 23:07:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519037758 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 20 2023 23:06:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 518968709 | ^ | MEBN | Jun 20 2023 23:00:39 | Bca Financial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 518968713 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 20 2023 23:43:25 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518968712 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 20 2023 23:32:15 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518968715 | + | Email/Text: BKPT@cfna.com | Jun 20 2023 23:06:00 | Credit First National Association, Pob 81315, Cleveland, OH 44181-0315 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518968714 | + | Email/Text: BKPT@cfna.com | Jun 20 2023 23:06:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 518968717 | | Email/Text: mrdiscen@discover.com | Jun 20 2023 23:06:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518968716 | + | Email/Text: mrdiscen@discover.com | Jun 20 2023 23:06:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 518968720 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 20 2023 23:07:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518968722 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 20 2023 23:07:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 518968721 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 20 2023 23:07:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519029019 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 20 2023 23:07:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518968724 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 20 2023 23:17:44 | Syncb/Car Care Bruneel, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518968725 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 20 2023 23:32:04 | Syncb/Car Care Bruneel, C/o Po Box 965036, Orlando, FL 32896-0001 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518968719 | | Doctors Business Bureau |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 22, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 20, 2023 | Form ID: pdf905 | Total Noticed: 28 |

Jessica Ann Berry
        on behalf of Creditor BSI FINANCIAL SERVICES bankruptcy@gmlaw.com

Robert Cameron Legg
        on behalf of Debtor John M Dunn courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
        on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com

TOTAL: 7