UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

R. Cameron Legg, Esq.
Oliver & Legg, LLC
2240 State Highway 33, Suite 112
Neptune, NJ  07753
732-988-1500
courtdocs@oliverandlegg.com

Order Filed on July 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John Dunn

Case No.: _____21-21001_____

Chapter: _____13_____

Judge: _____MBK_____

## ORDER AUTHORIZING RETENTION OF

_____The Law Firm of Charles Vega, P.A._____

The relief set forth on the following page is **ORDERED**.

**DATED: July 6, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain ___The Law Firm of Charles Vega, P.A.___

as _____personal injury attorney_____, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

The professional's address is:    ___The Law Firm of Charles Vega, P.A.___

___45550 Clyde Morris Blvd, Suite C___

___Port Orange, FL 32129___

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.      The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-21001-MBK

John M Dunn                                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                            Page 1 of 2

Date Rcvd: Jul 07, 2023                     Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John M Dunn, 3 West Hillsdale Ave, Long Branch, NJ 07740-7629 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jessica Ann Berry | on behalf of Creditor BSI FINANCIAL SERVICES bankruptcy@gmlaw.com |
| Robert Cameron Legg | on behalf of Debtor John M Dunn courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 07, 2023                       Form ID: pdf903                                 Total Noticed: 1

William M.E. Powers, III

        on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com

TOTAL: 7