Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  20−21001−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John M Dunn
   3 West Hillsdale Ave
   Long Branch, NJ 07740

Social Security No.:
   xxx−xx−3843

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I  Wanda Rogers , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Personal Injury Settlement stemming from motor vehicle accident

Dated: July 20, 2023
JAN: wdr

                              Jeanne Naughton
                              Clerk