**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | John M Dunn<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–3843<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–21001–MBK | |

# Order of Discharge                                                                                                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  John M Dunn

10/30/23                                                                                **By the court:**  Michael B. Kaplan
                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

   ♦ debts that are domestic support
      obligations;

   ♦ debts for most student loans;

   ♦ debts for certain types of taxes specified
      in 11 U.S.C. §§ 507(a)(8)( C),
      523(a)(1)(B), or 523(a)(1)(C) to the
      extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
John M Dunn  
    Debtor

Case No. 20-21001-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Oct 30, 2023      Form ID: 3180W      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John M Dunn, 3 West Hillsdale Ave, Long Branch, NJ 07740-7629 |
| cr | + | BSI FINANCIAL SERVICES, Greenspoon Marder LLP, c/o Jessica Berry, Esq., 343 Thornall Street, Suite 640 Edison, NJ 08837-2271 |
| sp | | The Law Firm of Charles Vega, P.A, 45550 Clyde Morris Blvd, Suite C, Port Orange, FL 32129 |
| 518968710 | + | Bca Financial Services, 5805 Nw 11th St, Miami, FL 33126-2053 |
| 518968711 | + | Cathy Bevilacqua, 260 Ocean Avenue, Unit 9, Rumson, NJ 07760-2135 |
| 518968718 | + | Doctors Business Bureau, Attn: Bankruptcy, 202 North Federal Hwy, Lake Worth, FL 33460-3438 |
| 518968723 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 30 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 30 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518968708 | + | EDI: BANKAMER.COM | Oct 31 2023 00:24:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518968705 | + | EDI: BANKAMER.COM | Oct 31 2023 00:24:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518994245 | | EDI: BANKAMER.COM | Oct 31 2023 00:24:00 | Bank of America, PO Box 15796, Wilimington, DE 19886-5796 |
| 518968707 | + | EDI: BANKAMER.COM | Oct 31 2023 00:24:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 518968706 | + | EDI: BANKAMER.COM | Oct 31 2023 00:24:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518978372 | + | EDI: BANKAMER2.COM | Oct 31 2023 00:24:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519037758 | | EDI: BANKAMER.COM | Oct 31 2023 00:24:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 518968709 | ^ | MEBN | Oct 30 2023 20:31:40 | Bca Financial Services, 18001 Old Cutler Road, Suite 462, Miami, FL 33157-6437 |
| 518968713 | + | EDI: CITICORP.COM | Oct 31 2023 00:24:00 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 518968712 | + | EDI: CITICORP.COM | Oct 31 2023 00:24:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518968715 | + | EDI: CRFRSTNA.COM | Oct 31 2023 00:24:00 | Credit First National Association, Pob 81315, |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 30, 2023 | Form ID: 3180W | Total Noticed: 29 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Cleveland, OH 44181-0315 |
| 518968714 | + | EDI: CRFRSTNA.COM | Oct 31 2023 00:24:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 518968717 | | EDI: DISCOVER.COM | Oct 31 2023 00:24:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518968716 | + | EDI: DISCOVER.COM | Oct 31 2023 00:24:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 518968720 | | EDI: IRS.COM | Oct 31 2023 00:24:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518968722 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 30 2023 20:43:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 518968721 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 30 2023 20:43:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 519029019 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 30 2023 20:43:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518968724 | + | EDI: RMSC.COM | Oct 31 2023 00:24:00 | Syncb/Car Care Bruneel, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518968725 | + | EDI: RMSC.COM | Oct 31 2023 00:24:00 | Syncb/Car Care Bruneel, C/o Po Box 965036, Orlando, FL 32896-0001 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518968719 | | Doctors Business Bureau |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2023          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | |

| | |
|---|---|
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jessica Ann Berry | |
| | on behalf of Creditor BSI FINANCIAL SERVICES bankruptcy@gmlaw.com |
| Robert Cameron Legg | |
| | on behalf of Debtor John M Dunn courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | |
| | on behalf of Creditor Bank of America  N.A. ecf@powerskirn.com |

TOTAL: 7